JOHN M. KYER, Appellant, v. GENERAL CASUALTY COMPANY OF AMERICA, Respondent.—

Present — Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ.